UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

**LARVARIUS DEWAYNE SATCHER,**
 Plaintiff,

v.

**CYNTHIA DAVIS, et al.,**
 Defendants.

**Case No. 1:23-cv-234-CLM-GMB**

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the dismissal of this case without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from such relief. (Doc. 10). The magistrate judge advised the plaintiff of his right to file written objections within 14 days, but the court hasn't received any objections.

After considering the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failing to state a claim upon which relief can be granted and for seeking monetary relief from a defendant who is immune from suit.

The court will enter a separate final judgment that closes this case.

**Done** on May 24, 2024.

_/s/ Corey L. Maze_
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE